Kurt C. Peterson (SBN 83941)
kpeterson@reedsmith.com
Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:    +1 213 457 8000
Facsimile:     +1 213 457 8080

Karen A. Braje (SBN 193900)
kbraje@reedsmith.com
Christopher C. Foster (SBN 253839)
cfoster@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendant
Anthem Blue Cross Life and Health Ins. Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT, LLC, a Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: CV 12-02123 LHK<br><br>[PROPOSED] **ORDER DISMISSING AND/OR STRIKING PUNITIVE DAMAGES CLAIM FROM SECOND AMENDED COMPLAINT PURSUANT TO THE PARTIES' STIPULATION**<br><br>**Compl. Filed:**  March 23, 2012<br>(Santa Clara County Superior Court, Case No. 112-CV-221326)<br>**Trial Date:**  Not Yet Set |

1 | Having considered the parties' stipulation and good cause appearing, the Court hereby
2 | Orders as follows: Plaintiff's claim for punitive damages is hereby dismissed and/or stricken from
3 | the Second Amended Complaint. Specifically, the Court dismisses ~~and/or strikes~~ the following
4 | portion of Plaintiff's Second Amended Complaint:

6 | 1. Compl., Prayer, ¶ 3: "Punitive damages against defendant ANTHEM."

8 | **IT IS SO ORDERED.**

10 | DATED: _June 11, 2012_ .

_Lucy H. Koh_
Honorable Lucy H. Koh
U.S. District Court Judge for the Northern District of California

US_ACTIVE-109603883.1