Kurt C. Peterson (SBN 83941)
kpeterson@reedsmith.com
Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Karen A. Braje (SBN 193900)
kbraje@reedsmith.com
Christopher C. Foster (SBN 253839)
cfoster@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Anthem Blue Cross Life and Health Ins. Co.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT, LLP, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: CV 12-02123 LHK<br><br>**STIPULATED REQUEST FOR ORDER DISMISSING PLAINTIFF'S ERISA CLAIMS WITH PREJUDICE AND REMANDING PLAINTIFF'S SECOND AMENDED COMPLAINT TO STATE COURT**<br><br>**Compl. Filed:** February 21, 2012<br>(Santa Clara County Superior Court, Case No. 112-CV-218474)<br>**Trial Date:** Not Yet Set |

This Stipulation is entered into between Plaintiff Bay Area Surgical Management LLP ("BASM") and Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem Blue Cross Life and Health") (collectively the "Parties"), through their undersigned counsel of record.

**RECITALS**

WHEREAS, BASM filed its First Amended Complaint in this action in the Superior Court of California, County of Santa Clara, on February 17, 2012, and served Anthem Blue Cross Life and Health on March 28, 2012;

WHEREAS, BASM alleged in its First Amended Complaint that Anthem Blue Cross Life and Health underpaid BASM for a surgical procedure it performed on a patient (the "Patient") who is allegedly insured by Anthem Blue Cross Life and Health under an insurance policy (the "Benefits Agreement");

WHEREAS, BASM's First Amended Complaint asserted claims against Anthem Blue Cross Life and Health based on an alleged assignment to it from the Patient, of the Patient's rights under the Benefits Agreement;

WHEREAS, the Benefits Agreement is subject to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 *et. seq.* ("ERISA");

WHEREAS, BASM's First Amended Complaint therefore raised questions of federal law;

WHEREAS, Anthem Blue Cross Life and Health timely removed the original Complaint to this Court on April 27, 2012;

WHEREAS, on May 7, 2012, Anthem Blue Cross Life and Health moved to dismiss Plaintiff's claims as preempted by ERISA under 29 U.S.C. § 1132, and as articulated by *Cedars-Sinai Med. Ctr. v. Nat'l League of Postmasters of United States*, 497 F.3d 972, 978 (9th Cir. 2007), and on various other state law grounds;

WHEREAS, BASM did not oppose Anthem Blue Cross Life and Health's motion to dismiss, and instead filed its Second Amended Complaint on May 18, 2012;

WHEREAS, BASM's Second Amended Complaint asserts that BASM is now alleging claims based only on an oral contract and the breach of other state law duties that exist directly between Anthem Blue Cross Life and Health and BASM;

Stipulated Request for Order Dismissing Plaintiff's ERISA Claims With Prejudice and Remanding Plaintiff's Second Amended Complaint to State Court

1    WHEREAS, Anthem Blue Cross Life and Health asserts that BASM's claims are preempted by ERISA under 29 U.S.C. § 1132, to the extent they are based on an assignment of rights from the Patient to BASM under the Benefits Agreement;

WHEREAS, BASM disagrees that any such claims are preempted and also asserts that its claims in the First Amended Complaint are not based on an assignment of rights to it under the Benefits Agreement from the Patient;

WHEREAS, BASM filed a motion to remand the case on May 30, 2012;

WHEREAS, Anthem Blue Cross Life and Health desires to ensure that BASM will not try to reassert claims in state court that are preempted by federal law; and

WHEREAS, on June 4, 2012, Anthem Blue Cross Life and Health filed a motion to dismiss the Second Amended Complaint based, in part, on federal preemption in order to prevent BASM from reviving claims assigned to it from the Patient in a state court proceeding, and based, in part, on other state law grounds.

## STIPULATION

NOW THEREFORE, the parties hereby stipulate as follows:

(1) That Plaintiff Bay Area Surgery Management LLP's claims against Anthem Blue Cross Life and Health Insurance Company ("Anthem Blue Cross Life and Health") shall be dismissed with prejudice, to the extent they are based on any assignment of rights from the Patient to it under the Benefits Agreement, on the basis of federal preemption as provided in 29 U.S.C. § 1132 and as articulated in *Cedars-Sinai Med. Ctr. v. Nat'l League of Postmasters of United States*, 497 F.3d 972, 978 (9th Cir. 2007).

(2) That Plaintiff's case shall be remanded to the Superior Court of California, County of Santa Clara.

(3) That Anthem Blue Cross Life and Health shall have fourteen (14) days from the date of the Court's remand order to file its responsive pleading to the Second Amended Complaint in Superior Court.

**IT IS SO STIPULATED.**

DATED: June 27, 2012.

REED SMITH LLP

By _____
Kenneth N. Smersfelt (SBN 166764)
Karen A. Braje (SBN 193900)
Christopher C. Foster (SBN 253839)

*Attorneys for Defendant*
*Anthem Blue Cross Life and Health Insurance Company*

DATED: June 27, 2012.

LAW OFFICES OF NICOLAS LEZOTTE, P.C.

By _____

Nicolas M. Lezotte (State Bar Number 257207)
Heather E. Gibson (State Bar Number 240938)

*Attorneys for Plaintiff*
*Bay Area Surgical Management LLP*

Kurt C. Peterson (SBN 83941)
kpeterson@reedsmith.com
Kenneth N. Smersfelt (SBN 166764)
ksmersfelt@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:   +1 213 457 8000
Facsimile:    +1 213 457 8080

Karen A. Braje (SBN 193900)
kbraje@reedsmith.com
Christopher C. Foster (SBN 253839)
cfoster@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
Anthem Blue Cross Life and Health Ins. Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT, LLP, a limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>　　　　　　　Defendants. | Case No.: CV 12-02123 LHK<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S ERISA CLAIMS WITH PREJUDICE AND REMANDING PLAINTIFF'S SECOND AMENDED COMPLAINT TO STATE COURT**<br><br>**Compl. Filed:**　February 21, 2012<br>　　　　　　　(Santa Clara County Superior Court, Case No. 112-CV-218474)<br>**Trial Date:**　Not Yet Set |

Before the Court is a Stipulated Request between the Parties, Plaintiff Bay Area Surgical Management LLP ("BASM") and Defendant Anthem Blue Cross Life and Health Insurance Company ("Anthem Blue Cross Life and Health"). BASM's state court First Amended Complaint asserted claims against Anthem Blue Cross Life and Health based on an alleged assignment of rights from a patient (the "Patient") under the Benefits Agreement between the Patient and Anthem Blue Cross Life and Health. BASM's Second Amended Complaint purports to assert only claims that exist directly between BASM and Anthem Blue Cross Life and Health, and not on any assignment of rights to BASM by the Patient. BASM has moved to remand the case to state court, though the Parties agree that the Benefits Agreement are subject to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 *et. seq.* ("ERISA") and Anthem Blue Cross Life and Health asserts that any claims by BASM against Anthem Blue Cross Life and Health based on an assignment of rights under the Benefits Agreement are preempted by federal law.

Having considered the papers and **GOOD CAUSE APPEARING**, the Court hereby **ORDERS** as follows:

(1)     Plaintiff BASM's claims against Anthem Blue Cross Life and Health are hereby **DISMISSED WITH PREJUDICE**, to the extent the claims are based on any assignment of rights from the Patient to BASM under the Benefits Agreement, on the basis of federal preemption as provided by ERISA under 29 U.S.C. § 502, and as articulated in *Cedars-Sinai Med. Ctr. v. Nat'l League of Postmasters of United States,* 497 F.3d 972, 978 (9th Cir. 2007).

(2)     Plaintiff's case is hereby remanded to the Superior Court of California, County of Santa Clara.

(3)     Anthem Blue Cross Life and Health shall have fourteen (14) days from the date of this Order to file a responsive pleading to the Second Amended Complaint in state court.

/ / /

/ / /

/ / /

- 1 -

1 **IT IS SO ORDERED.** The Clerk shall close the file.

2

3

4   DATED: July 3, 2012 .

5   *Lucy H. Koh*

The Honorable Lucy H. Koh
6   U.S. District Court Judge for the Northern District of California